NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OLA GANT,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7147

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-2095, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**O R D E R**

Ola D. Gant moves without opposition for a 21-day extension of time, until November 15, 2012, to file her opening brief.

Upon consideration thereof,

OLA GANT V. SHINSEKI                                                      2

IT IS ORDERED THAT:

The motion is granted.

                                      FOR THE COURT


                                      /s/ Jan Horbaly
                                      Jan Horbaly
                                      Clerk

s27